## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| VERNON EARL MILLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:26-cv-00026-MTS |
| ) | |
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Respondents. | |

### MEMORANDUM AND ORDER

Petitioner Vernon Earl Miller has filed a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, Doc. [1], and a motion of his own creation titled "Motion to Proceed Without Prepayment of Fees or Cost." Doc. [2]. In the Motion, Petitioner asks this Court to allow him to proceed in this case without paying the filing fee, but he also states he has paid the filing fee via a prison green check. The Petition and Motion were docketed in this Court on February 4, 2026, but to date, Petitioner has not paid the $5 filing fee.

The Rules Governing Section 2254 Cases in the United States District Courts provide that a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus must be accompanied by the applicable filing fee, or a "motion for leave to proceed in forma pauperis, the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Rule 3(a)(2). In this case, Petitioner did not pay the applicable filing fee, and his Motion does not include the information required by Rule 3(a)(2).

Because Petitioner failed to comply with Rule 3(a)(2), the Court does not have the information it needs to evaluate his eligibility to proceed without prepaying the filing fee. The Court will therefore deny the motion, without prejudice. The Court will order Petitioner to either

pay the $5 filing fee or comply with Rule 3(a)(2) of the Rules Governing Section 2254 Cases in the United States District Courts no later than **Friday**, **March 27, 2026**.  To assist Petitioner, the Court will direct the Clerk to send him a copy of the proper form.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's "Motion to Proceed Without Prepayment of Fees or Cost" is **DENIED** without prejudice.  Doc. [2].

**IT IS FURTHER ORDERED** that, no later than **Friday**, **March 27, 2026**, Petitioner must either pay the $5 filing fee or file a Motion to Proceed in Forma Pauperis and Affidavit in Support – Habeas Cases in full compliance with Rule 3(a)(2) of the Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS FURTHER ORDERED** that the Clerk of Court is respectfully directed to mail Petitioner a copy of the Court's form Motion to Proceed in Forma Pauperis and Affidavit in Support – Habeas Cases.

**Petitioner's failure to timely comply with this Order will result in the dismissal of this case without prejudice and without further notice**.

Dated this 25th day of February 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE